1/25/2022 10:59:32 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 61117825
By: JONES, PATRICIA D
Filed: 1/25/2022 9:45:47 AM

# Marilyn Burgess –Harris County District Clerk

## Request for Issuance of Service

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**Name(s) of Documents to be served:**   Original Petition _____

**FILE DATE:**  1/24/22 _____  Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:**  Enel North America, Inc. _____

Address of Service: 1601 Elm Street, Suite 4360 _____

City, State & Zip:   Dallas, Texas 75201 _____

Agent (if applicable)   Cogency Global, Inc. _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | | **Newspaper**_____ | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ( $12.00)** | ☐ **Capias (not an E-Issuance)** | | ☐ **Attachment** |
| ☐ **Certiorari** | ☐ **Highway Commission ( $12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | | ☐ **Garnishment** |
| ☐ **Habeas Corpus** | ☐ **Injunction** | | ☐ **Sequestration** |
| ☐ **Subpoena** | | | |
| ☐ **Other (Please Describe)**_____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP (phone)** _____    ☐ **CONSTABLE**
☐ **MAIL to attorney    at:**_____

☐ **CERTIFIED MAIL by District Clerk**    ☑ **E-Issuance by District Clerk** (No Service Copy Fees Charged)
    (Note:) **CAPIAS is not an E-Issuance Option**
☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____
☐ **OTHER** , *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Jason A. Itkin _____    Bar # or ID  24032461 _____

Mailing Address: 6009 Memorial Drive Houston, Texas 77007 ____

Phone Number: 713-222-3800 ____

Certified Document Number: 100022708 - Page 1 of 1

**EXHIBIT A**



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2022


Certified Document Number:        100022708 Total Pages:  1


Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS


In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

1/25/2022 10:59:32 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 61117825
By: JONES, PATRICIA D
Filed: 1/25/2022 9:45:47 AM

# Marilyn Burgess –Harris County District Clerk

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served:   Original Petition _____

**FILE DATE:**   1/24/22 _____   Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be**

**Served):**

**Issue Service to:**  Honeywell Safety Products USA, Inc. _____

Address of Service: 211 E. 7th Street, Suite 620 _____

City, State & Zip:___ Austin, Texas 78701 _____

Agent (if applicable)_____ Corporation Service Company Company d/b/a CSC–Lawyers Incorporating Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | | **Newspaper_____** | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ( $12.00)** | ☐ **Capias (not an E-Issuance)** | | ☐ **Attachment** |
| ☐ **Certiorari** | ☐ **Highway Commission ( $12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | | ☐ **Garnishment** |
| ☐ **Habeas Corpus** | ☐ **Injunction** | | ☐ **Sequestration** |
| ☐ **Subpoena** | | | |
| ☐ **Other (Please Describe)_____** | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP (phone)** _____   ☐ **CONSTABLE**
☐ **MAIL to attorney   at:_____**

☐ **CERTIFIED MAIL by District Clerk**   ☑ **E-Issuance by District Clerk** (No Service Copy Fees Charged)
       (Note:) **CAPIAS is not an E-Issuance Option**
☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____
☐ **OTHER** , *explain* _____

**Issuance of Service Requested By:**Attorney/Party Name:   Jason A. Itkin _____   Bar # or ID   24032461 ____

Mailing Address:_ 6009 Memorial Drive Houston, Texas 77007 _____

Phone Number:  713-222-3800 _____

Certified Document Number: 100022709 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2022

Certified Document Number:        100022709 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

1/25/2022 10:59:32 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 61117825
By: JONES, PATRICIA D
Filed: 1/25/2022 9:45:47 AM

# Marilyn Burgess –Harris County District Clerk

## Request for Issuance of Service

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**Name(s) of Documents to be served:** Original Petition _____

**FILE DATE:** 1/24/22 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Enel X North America, Inc. _____

Address of Service: 1601 Elm Street, Suite 4360 _____

City, State & Zip: Dallas, Texas 75201 _____

Agent (if applicable) Cogency Global, Inc. _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| [X] **Citation** | [ ] **Citation by Posting** | [ ] **Citation by Publication** | [ ] **Citations Rule 106 Service** |
| [ ] **Citation Scire Facias** | | **Newspaper**_____ | |
| [ ] **Temporary Restraining Order** | [ ] **Precept** | | [ ] **Notice** |
| [ ] **Protective Order** | | | |
| [ ] **Secretary of State Citation ( $12.00)** | [ ] **Capias (not an E-Issuance)** | | [ ] **Attachment** |
| [ ] **Certiorari** | [ ] **Highway Commission ( $12.00)** | | |
| [ ] **Commissioner of Insurance ($12.00)** | [ ] **Hague Convention ($16.00)** | | [ ] **Garnishment** |
| [ ] **Habeas Corpus** | [ ] **Injunction** | | [ ] **Sequestration** |
| [ ] **Subpoena** | | | |
| [ ] **Other (Please Describe)**_____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
[ ] **ATTORNEY PICK-UP (phone)** _____   [ ] **CONSTABLE**
[ ] **MAIL to attorney   at:**_____

[ ] **CERTIFIED MAIL by District Clerk**   [✓] **E-Issuance by District Clerk** (No Service Copy Fees Charged)
(Note:) **CAPIAS is not an E-Issuance Option**

[ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

[ ] **OTHER** , *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Jason A. Itkin   Bar # or ID 24032461

Mailing Address: 6009 Memorial Drive Houston, Texas 77007

Phone Number: 713-222-3800

Certified Document Number: 100022710 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2022

Certified Document Number:        100022710 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

1/25/2022 10:59:32 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 61117825
By: JONES, PATRICIA D
Filed: 1/25/2022 9:45:47 AM

# Marilyn Burgess –Harris County District Clerk

## Request for Issuance of Service

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**Name(s) of Documents to be served:**   Original Petition
_____

**FILE DATE:**   1/24/22 ___ _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be**

**Served):**

**Issue Service to:**  Wanzek Construction, Inc.
_____

Address of Service: 211 E. 7th Street, Suite 620
_____

City, State & Zip:___ Austin, Texas 78701
_____

Agent (if applicable)_____ Corporation Service Company Company d/b/a CSC–Lawyers Incorporating Service Company
_____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | | **Newspaper**_____ | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ( $12.00)** | ☐ **Capias (not an E-Issuance)** | | ☐ **Attachment** |
| ☐ **Certiorari** | ☐ **Highway Commission ( $12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | | ☐ **Garnishment** |
| ☐ **Habeas Corpus** | ☐ **Injunction** | | ☐ **Sequestration** |
| ☐ **Subpoena** | | | |
| ☐ **Other (Please Describe)**_____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY (check one):**
☐ **ATTORNEY PICK-UP (phone)** _____   ☐ **CONSTABLE**
☐ **MAIL to attorney** at:_____

☐ **CERTIFIED MAIL by District Clerk**   ☑ **E-Issuance by District Clerk** (No Service Copy Fees Charged)
(Note:) **CAPIAS is not an E-Issuance Option**
☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

☐ **OTHER** , *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Jason A. Itkin _____ Bar # or ID  24032461 ___

Mailing Address:__ 6009 Memorial Drive Houston, Texas 77007 _____

Phone Number:  713-222-3800

Certified Document Number: 100022711 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2022

Certified Document Number:        100022711 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

1/25/2022 10:59:32 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 61117825
By: JONES, PATRICIA D
Filed: 1/25/2022 9:45:47 AM

# Marilyn Burgess –Harris County District Clerk

## Request for Issuance of Service

CASE NUMBER: _____    CURRENT COURT: _____

Name(s) of Documents to be served:  Original Petition _____

**FILE DATE:**  1/24/22 _____    Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:**  Honeywell Building Solutions SES Corporation _____

Address of Service: 211 E. 7th Street, Suite 620 _____

City, State & Zip:   Austin, Texas 78701 _____

Agent (if applicable) _____Corporation Service Company Company d/b/a CSC–Lawyers Incorporating Service Company_____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | |
|---|---|---|
| [X] **Citation** | [ ] **Citation by Posting** | [ ] **Citation by Publication**    [ ] **Citations Rule 106 Service** |
| [ ] **Citation Scire Facias** | **Newspaper**_____ | |
| [ ] **Temporary Restraining Order** | [ ] **Precept** | [ ] **Notice** |
| [ ] **Protective Order** | | |
| [ ] **Secretary of State Citation ( $12.00)** | [ ] **Capias (not an E-Issuance)** | [ ] **Attachment** |
| [ ] **Certiorari** | [ ] **Highway Commission ( $12.00)** | |
| [ ] **Commissioner of Insurance ($12.00)** | [ ] **Hague Convention ($16.00)** | [ ] **Garnishment** |
| [ ] **Habeas Corpus** | [ ] **Injunction** | [ ] **Sequestration** |
| [ ] **Subpoena** | | |
| [ ] **Other (Please Describe)**_____ | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
[ ] **ATTORNEY PICK-UP (phone)** _____    [ ] **CONSTABLE**
[ ] **MAIL to attorney**    at:_____

[ ] **CERTIFIED MAIL by District Clerk**    [✓] **E-Issuance by District Clerk** (No Service Copy Fees Charged)
(Note:) **CAPIAS is not an E-Issuance Option**
[ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____
[ ] **OTHER** , *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:   Jason A. Itkin _____    Bar # or ID   24032461 _____

Mailing Address:_ 6009 Memorial Drive Houston, Texas 77007 _____

Phone Number: 713-222-3800 _____

Certified Document Number: 100022712 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2022

Certified Document Number:        100022712 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/25/2022 10:59:32 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 61117825
By: JONES, PATRICIA D
Filed: 1/25/2022 9:45:47 AM

# Marilyn Burgess –Harris County District Clerk

## Request for Issuance of Service

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**Name(s) of Documents to be served:** Original Petition
_____

**FILE DATE:** 1/24/22 ___ _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Honeywell International, Inc.
_____

Address of Service: 211 E. 7th Street, Suite 620
_____

City, State & Zip: Austin, Texas 78701
_____

Agent (if applicable) Corporation Service Company Company d/b/a CSC–Lawyers Incorporating Service Company
_____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | | **Newspaper**_____ | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ( $12.00)** | ☐ **Capias (not an E-Issuance)** | | ☐ **Attachment** |
| ☐ **Certiorari** | ☐ **Highway Commission ( $12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | | ☐ **Garnishment** |
| ☐ **Habeas Corpus** | ☐ **Injunction** | | ☐ **Sequestration** |
| ☐ **Subpoena** | | | |
| ☐ **Other (Please Describe)**_____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP (phone)** _____   ☐ **CONSTABLE**
☐ **MAIL to attorney   at:**_____

☐ **CERTIFIED MAIL by District Clerk**   ☑ **E-Issuance by District Clerk** (No Service Copy Fees Charged)
**(Note:) CAPIAS is not an E-Issuance Option**

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

☐ **OTHER** , *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Jason A. Itkin   Bar # or ID 24032461

Mailing Address: 6009 Memorial Drive Houston, Texas 77007

Phone Number: 713-222-3800

Certified Document Number: 100022713 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   <u>February 15, 2022</u>


Certified Document Number:        <u>100022713 Total Pages:  1</u>


Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

## CAUSE NO. 2022-04679

| | | |
|---|---|---|
| ISMAEL MARTINEZ | § | |
| **PLAINTIFF** | § | |
| | § | |
| VS. | § | IN THE 333rd District Court |
| | § | |
| HONEYWELL INTERNATIONAL, INC., ET AL | § | HARRIS COUNTY, TX |
| **DEFENDANT** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

### RETURN OF SERVICE

**ON Tuesday, February 8, 2022 AT 8:56 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on HONEYWELL INTERNATIONAL INC (A FOREIGN CORPORATION) C/O REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY came to hand.

**ON Tuesday, February 8, 2022 AT 3:25 PM, I, Adriana Nicole Adam, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** HONEYWELL INTERNATIONAL INC (A FOREIGN CORPORATION) C/O REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to Evie Lichtenwalter, 211 E 7TH STREET, SUITE 620, AUSTIN, TRAVIS COUNTY, TX 78701

My name is Adriana Nicole Adam. My address is 1201 Louisiana, Suite 370, Houston, TX 77002. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 17714, expires 10/31/2023). My e-mail address is info@easy-serve.com. My date of birth is 3/30/1992. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in TRAVIS COUNTY, TX on Tuesday, February 8, 2022.

/S/ Adriana Nicole Adam

Ismael Martinez - SERVICE REQUEST

Doc ID: 291827_1

Certified Document Number: 100289132 - Page 1 of 2

CAUSE NO. 202204679

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 941662  TRACKING NO: 73964720
EML

| | |
|---|---|
| Plaintiff: | In The 333rd |
| MARTINEZ, ISMAEL | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| HONEYWELL INTERNATIONAL INC | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:    HONEYWELL INTERNATIONAL INC (A FOREIGN CORPORATION) MAY BE SERVED VIA ITS REGISTERED AGENT**
**CORPORATION SERVICE COMPANY D/B/A CSC–LAWYERS INCORPORATING SERVICE COMPANY**
**211 E 7TH STREET SUITE 620, AUSTIN TX 78701**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 25, 2022 in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on January 28, 2022, under my hand and seal of said court.

Issued at the request of:

ITKIN, JASON A.
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800
Bar Number: 24032461



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:PATRICIA JONES

Certified Document Number: 100289132 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2022

Certified Document Number:        100289132 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

**CAUSE NO. 2022-04679**

| | | |
|---|---|---|
| ISMAEL MARTINEZ | § | |
| **PLAINTIFF** | § | |
| | § | |
| VS. | § | IN THE 333rd District Court |
| | § | |
| HONEYWELL INTERNATIONAL, INC., ET AL | § | HARRIS COUNTY, TX |
| **DEFENDANT** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**RETURN OF SERVICE**

**ON Tuesday, February 8, 2022 AT 8:57 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on HONEYWELL BUILDING SOLUTIONS SES CORPORATION (A FOREIGN CORPORATION) C/O REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY came to hand.

**ON Tuesday, February 8, 2022 AT 3:25 PM, I, Adriana Nicole Adam, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** HONEYWELL BUILDING SOLUTIONS SES CORPORATION (A FOREIGN CORPORATION) C/O REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to Evie Lichtenwalter, 211 E 7TH STREET, SUITE 620, AUSTIN, TRAVIS COUNTY, TX 78701.

My name is Adriana Nicole Adam. My address is 1201 Louisiana, Suite 370, Houston, TX 77002. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 17714, expires 10/31/2023). My e-mail address is info@easy-serve.com. My date of birth is 3/30/1992. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in TRAVIS COUNTY, TX on Tuesday, February 8, 2022.

/S/ Adriana Nicole Adam

Ismael Martinez - SERVICE REQUEST

Doc ID: 291827_2

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202204679

RECEIPT NO: 941662  TRACKING NO: 73964736
EML

| Plaintiff: | In The 333rd |
| MARTINEZ, ISMAEL | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| HONEYWELL INTERNATIONAL INC | Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

**To:    HONEYWELL BUILDING SOLUTIONS SES CORPORATION (A FOREIGN CORPORATION) MAY BE SERVED VIA ITS REGISTERED AGENT**
**CORPORATION SERVICE COMPANY D/B/A CSC–LAWYERS INCORPORATING SERVICE COMPANY**
**211 E 7TH STREET SUITE 620, AUSTIN TX 78701**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 25, 2022 in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on January 28, 2022, under my hand and seal of said court.

Issued at the request of:

ITKIN, JASON A.
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800
Bar Number: 24032461



Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:PATRICIA JONES

Certified Document Number: 100289280 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2022

Certified Document Number:        100289280 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2/9/2022 11:04 AM
Marilyn Burgess District Clerk Harris County
Envelope No. 61579267
By: MARCELLA WILES
Filed: 2/9/2022 11:04 AM

### CAUSE NO. 2022-04679

| | | |
|---|---|---|
| ISMAEL MARTINEZ | § | |
| **PLAINTIFF** | § | |
| | § | |
| VS. | § | IN THE 333rd District Court |
| | § | |
| HONEYWELL INTERNATIONAL, INC., ET AL | § | HARRIS COUNTY, TX |
| **DEFENDANT** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

### RETURN OF SERVICE

**ON Tuesday, February 8, 2022 AT 9:04 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on ENEL X NORTH AMERICA INC (A
FOREIGN CORPORATION) C/O REGISTERED AGENT, COGENCY GLOBAL INC came to hand.

**ON Tuesday, February 8, 2022 AT 2:40 PM, I, Don Anderson, PERSONALLY DELIVERED
THE ABOVE-NAMED DOCUMENTS TO:** ENEL X NORTH AMERICA INC (A FOREIGN CORPORATION)
C/O REGISTERED AGENT, COGENCY GLOBAL INC, by delivering to Rodney Waller operations
manager, 1601 ELM STREET, SUITE. 4360, DALLAS, DALLAS COUNTY, TX 75201.

My name is Don Anderson. My address is 1900 Brown, BALCH SPRINGS, TX 75180. I am a private
process server certified by the Texas Judicial Branch Certification Commission (PSC 4232, expires
8/31/2022). My e-mail address is info@easy-serve.com. My date of birth is 7/14/1956. I am in all
ways competent to make this statement, and this statement is based on personal knowledge. I am
not a party to this case and have no interest in its outcome. I declare under penalty of perjury that
the foregoing is true and correct.

Executed in DALLAS COUNTY, TX on Tuesday, February 8, 2022.

/S/ Don Anderson

Ismael Martinez - SERVICE REQUEST

Doc ID: 291827_4

CAUSE NO. 202204079

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 941662  TRACKING NO: 73964770
EML

| | |
|---|---|
| Plaintiff: | In The 333rd |
| MARTINEZ, ISMAEL | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| HONEYWELL INTERNATIONAL INC | Houston, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:     ENEL X NORTH AMERICA INC (A FOREIGN CORPORATION) MAY BE SERVED VIA ITS**
**REGISTERED AGENT**
**COGENCY GLOBAL INC**
**1601 ELM STREET SUITE 4360, DALLAS TX 75201**

      Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 25, 2022 in the above cited cause number and court.  The instrument attached describes the claim against you.

      **YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

      This citation was issued on January 28, 2022, under my hand and seal of said court.



Issued at the request of:

ITKIN, JASON A.
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800
Bar Number: 24032461

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:PATRICIA JONES

Certified Document Number: 100289655 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2022

Certified Document Number:        100289655 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2/9/2022 11:04 AM
Marilyn Burgess District Clerk Harris County
Envelope No. 61579226
By: MARCELLA WILES
Filed: 2/9/2022 11:04 AM

## CAUSE NO. 2022-04679

| | | |
|---|---|---|
| ISMAEL MARTINEZ<br>**PLAINTIFF** | § <br> § <br> § | |
| VS. | § <br> § | IN THE 333rd District Court |
| HONEYWELL INTERNATIONAL, INC., ET AL<br>**DEFENDANT** | § <br> § <br> § <br> § <br> § | HARRIS COUNTY, TX |

### RETURN OF SERVICE

**ON Tuesday, February 8, 2022 AT 8:59 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on ENEL NORTH AMERICA INC (A FOREIGN CORPORATION) C/O REGISTERED AGENT COGENCY GLOBAL INC came to hand.

**ON Tuesday, February 8, 2022 AT 2:40 PM, I, Don Anderson, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** ENEL NORTH AMERICA INC (A FOREIGN CORPORATION) C/O REGISTERED AGENT COGENCY GLOBAL INC, by delivering to Rodney Waller operations manager, 1601 ELM STREET, SUITE.4360, DALLAS, DALLAS COUNTY, TX 75201.

My name is Don Anderson. My address is 1900 Brown, BALCH SPRINGS, TX 75180. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 4232, expires 8/31/2022). My e-mail address is info@easy-serve.com. My date of birth is 7/14/1956. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in DALLAS COUNTY, TX on Tuesday, February 8, 2022.

/S/ Don Anderson

Ismael Martinez - SERVICE REQUEST

Doc ID: 291827_3

CAUSE NO. 202204679

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 941662  TRACKING NO: 73964764
EML

| | |
|---|---|
| Plaintiff: | In The 333rd |
| MARTINEZ, ISMAEL | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| HONEYWELL INTERNATIONAL INC | Houston, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:     ENEL NORTH AMERICA INC (A FOREIGN CORPORATION) MAY BE SERVED VIA ITS**
**REGISTERED AGENT**
**COGENCY GLOBAL INC**
**1601 ELM STREET SUITE 4360, DALLAS TX 75201**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 25, 2022 in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on January 28, 2022, under my hand and seal of said court.

Issued at the request of:

ITKIN, JASON A.
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800
Bar Number: 24032461



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:PATRICIA JONES

Certified Document Number: 100289997 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2022

Certified Document Number:        100289997 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2/9/2022 11:05 AM
Marilyn Burgess District Clerk Harris County
Envelope No. 61579305
By: MARCELLA WILES
Filed: 2/9/2022 11:05 AM

**CAUSE NO. 2022-04679**

| | | |
|---|---|---|
| ISMAEL MARTINEZ | § | |
| **PLAINTIFF** | § | |
| | § | |
| VS. | § | IN THE 333rd District Court |
| | § | |
| HONEYWELL INTERNATIONAL, INC., ET AL | § | HARRIS COUNTY, TX |
| **DEFENDANT** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**RETURN OF SERVICE**

**ON Tuesday, February 8, 2022 AT 9:07 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on WANZEK CONSTRUCTION INC (A FOREIGN CORPORATION) C/O REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY came to hand.

**ON Tuesday, February 8, 2022 AT 3:25 PM, I, Adriana Nicole Adam, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** WANZEK CONSTRUCTION INC (A FOREIGN CORPORATION) C/O REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to Evie Lichtenwalter, 211 E 7TH STREET, SUITE 620, AUSTIN, TRAVIS COUNTY, TX 78701.

My name is Adriana Nicole Adam. My address is 1201 Louisiana, Suite 370, Houston, TX 77002. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 17714, expires 10/31/2023). My e-mail address is info@easy-serve.com. My date of birth is 3/30/1992. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in TRAVIS COUNTY, TX on Tuesday, February 8, 2022.

/S/ Adriana Nicole Adam

Ismael Martinez - SERVICE REQUEST

Doc ID: 291827_5

Certified Document Number: 100290246 - Page 1 of 2

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202204679

RECEIPT NO: 941662  TRACKING NO: 73964760
EML

| | |
|---|---|
| Plaintiff: | In The 333rd |
| MARTINEZ, ISMAEL | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| HONEYWELL INTERNATIONAL INC | Houston, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:    WANZEK CONSTRUCTION INC (A FOREIGN CORPORATION) MAY BE SERVED VIA ITS REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC–LAWYERS INCORPORATING SERVICE COMPANY 211 E 7TH STREET SUITE 620, AUSTIN TX 78701**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 25, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on January 28, 2022, under my hand and seal of said court.

Issued at the request of:

ITKIN, JASON A.
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800
Bar Number: 24032461



Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:PATRICIA JONES

Certified Document Number: 100290246 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2022

Certified Document Number:        100290246 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2/9/2022 11:05 AM
Marilyn Burgess District Clerk Harris County
Envelope No. 61579335
By: MARCELLA WILES
Filed: 2/9/2022 11:05 AM

### CAUSE NO. 2022-04679

| | | |
|---|---|---|
| ISMAEL MARTINEZ | § | |
| **PLAINTIFF** | § | |
| | § | |
| VS. | § | IN THE 333rd District Court |
| | § | |
| HONEYWELL INTERNATIONAL, INC., ET AL | § | HARRIS COUNTY, TX |
| **DEFENDANT** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

### RETURN OF SERVICE

**ON Tuesday, February 8, 2022 AT 9:08 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on HONEYWELL SAFETY PRODUCTS USA INC (A FOREIGN CORPORATION) C/O REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY came to hand.

**ON Tuesday, February 8, 2022 AT 3:25 PM, I, Adriana Nicole Adam, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** HONEYWELL SAFETY PRODUCTS USA INC (A FOREIGN CORPORATION) C/O REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to Evie Lichtenwalter, 211 E 7TH STREET, SUITE. 620, AUSTIN, TRAVIS COUNTY, TX 78701.

My name is Adriana Nicole Adam. My address is 1201 Louisiana, Suite 370, Houston, TX 77002. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 17714, expires 10/31/2023). My e-mail address is info@easy-serve.com. My date of birth is 3/30/1992. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in TRAVIS COUNTY, TX on Tuesday, February 8, 2022.

/S/ Adriana Nicole Adam

Certified Document Number: 100290382 - Page 1 of 2

Ismael Martinez - SERVICE REQUEST

Doc ID: 291827_6

CAUSE NO. 202204679

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 941662  TRACKING NO: 73964731
EML

| | |
|---|---|
| Plaintiff: | In The 333rd |
| MARTINEZ, ISMAEL | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| HONEYWELL INTERNATIONAL INC | Houston, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:    HONEYWELL SAFETY PRODUCTS USA INC (A FOREIGN CORPORATION) MAY BE SERVED VIA ITS REGISTERED AGENT**
**CORPORATION SERVICE COMPANY D/B/A CSC–LAWYERS INCORPORATING SERVICE COMPANY**
**211 E 7TH STREET SUITE 620, AUSTIN TX 78701**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 25, 2022 in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on January 28, 2022, under my hand and seal of said court.

Issued at the request of:

ITKIN, JASON A.
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800
Bar Number: 24032461



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:PATRICIA JONES

Certified Document Number: 100290382 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 15, 2022

Certified Document Number:        100290382 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**